UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

ANA DANTON,   Case No.: 19-19062-RAM
  Chapter: 13
    Debtor.
_____ /

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Bayview Loan Servicing, LLC ("Secured Creditor"), by and through undersigned counsel, hereby objects to confirmation of the Debtor's Chapter 13 Plan (the "Plan") (D. E. 12) and in support thereof states:

1.     <u>Debtor's Bankruptcy Case:</u>  This case was commenced by the filing of a voluntary Chapter 13 petition on July 9, 2019 (the "Petition Date") by Ana Danton (the "Debtor").

2.     <u>Collateral:</u>  Secured Creditor holds a mortgage lien against the Debtor's real property located at 11318 SW 147th Place, Miami, FL 33196 (the "Property").

3.     <u>Secured Creditor's Claim</u>:  Secured Creditor has not yet filed a proof of claim but will do so prior to the expiration of the claims deadline.  Secured Creditor anticipates filing a proof of claim with an estimated total secured claim in the amount of $242,560.90, and arrearages in the amount of $64,543.68.  The current monthly payment is $2,104.65 ($1,327.29 for principal and interest and $777.36 for escrow).

4.     <u>Plan Treatment:</u>  The Debtor's Plan provides a regular monthly payment of $1,327.29 and total arrearages in the amount of $42,568.00.  However, these figures do not conform to Secured Creditor's anticipated Proof of Claim.

_____
McCalla Raymer Leibert Pierce, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301

5. Pre-petition Arrearage: The Plan is not in compliance with the requirements of 11 U. S. C. § 1322(b)(3),(5) and 1325(a)(5)(A), and cannot be confirmed since it fails to address (i) the pre-petition arrearage due to Secured Creditor; and (ii) the monthly post-petition installment payments due on Secured Creditor's mortgage claim.

6. Arrearage: Pursuant to 11 U.S.C. §1325(a)(5)(B)(iii)(I), the Debtor is required to make periodic payments in equal monthly amounts. The Debtor's Plan provides for a monthly arrearage payment of $150.00 for months 1 to 15 and increases to $895.96 for the remainder of the plan, months 16-60. Secured Creditor objects to any plan which does not provide for periodic payments in equal monthly amounts.

7. Secured Creditor does not Consent to the Plan: Secured Creditor does not consent to the treatment of its claim as proposed by the Debtor's Plan. Accordingly, the Plan cannot be confirmed pursuant to 11 U.S.C. § 1325(a)(5)(A).

8. Attorney's Fees and Costs: Secured Creditor has incurred additional fees and costs as a result of having to file this objection.

9. Objection: Secured Creditor reserves the right to supplement and/or amend this Objection to Confirmation.

WHEREFORE, the Secured Creditor requests that the Court enter an order denying confirmation of the Debtor's Chapter 13 Plan, unless such Plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court deems just and proper.

_____
McCalla Raymer Leibert Pierce, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301

                                                                      McCalla Raymer Leibert Pierce, LLC

By:     */s/Kenia Molina*
          Kenia Molina
          Florida Bar No. 0085156
          Attorney for Creditor
          110 S.E. 6th Street, Suite 2400
          Ft. Lauderdale, FL 33301
          Phone: 954-332-9426
          Fax: 954-332-9426
          Email: kenia.molina@mccalla.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on August 30, 2019 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail, First Class to Ana Danton, 11318 Southwest 147th Place, Miami, FL 33196.

By:     */s/Kenia Molina*
          Kenia Molina

- Keith S Labell klabell@rasflaw.com, klabell@rasflaw.com
- Paul A Meadows pmeadowsesqbankruptcy@gmail.com, pmeadowsesqbankruptcy@gmail.com
- Nancy K. Neidich e2c8f01@ch13miami.com, ecf2@ch13miami.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- April H Stone astone@tromberglawgroup.com, ecf@tromberglawgroup.com