UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

ANA DANTON,

    Debtor(s).
_____/

Case No.: 19-19062-RAM

Chapter 13

## WITNESS LIST
### (For July 15, 2020 at 9:00 A.M. Final Evidentiary Hearing on POC 5 Filed by Bayview)

The Debtor, **ANA DANTON**, by and through undersigned counsel, files this *Witness List (July 15, 2020 Final Evidentiary Hearing on POC 5 Filed by Bayview)* and states that the following individuals may be called upon to provide sworn testimony:

| WITNESS | Brief Description of Testimony |
|---|---|
| **Ana Danton (Debtor/Borrower)** | Origination/Commencement and payment history of loan. |
| **Jose Rodriguez (Debtor's Spouse)** | Origination/Commencement and payment history of loan. |
| **Any Witness called or introduced by Bayview Loan Servicing, LLC.** | ALL matters/issues concerning objection to POC 5. |

### CERTIFICATION OF LOCAL RULE 9011-4(B)

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this *Witness List (July 15, 2020 Final Evidentiary Hearing on POC 5 Filed by Bayview)* (E.C.F. **87**) was/were furnished on or before **July 8, 2020** by CM/ECF to those parties listed on the NEF.

/s/ *Paul Meadows*
**Paul Meadows, Esq.**
Florida Bar No.: 94279
Fidelis Law, P.A.
Main Office: 454 NW 22 Ave., 207, Miami, FL 33125
Correspondence: P.O. Box 831702 Miami, FL 33283-1702
Email: pmeadowsesqbankruptcy@gmail.com
Tel: (305) 788-9881 || Fax: (305) 547-9608

*NEF* –

Melbalynn Fisher on behalf of Creditor Bayview Loan Servicing, LLC
Melbalynn.Fisher@mccalla.com,
FLBKECF@mccalla.com;melbalynn.fisher@ecf.courtdrive.com,mccallaecf@ecf.courtdrive.com

Ashley M French on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
afrench@rasflaw.com, aalbino@rasflaw.com

Neisi I Garcia Ramirez on behalf of Creditor Bayview Loan Servicing, LLC
Neisi.GarciaRamirez@mccalla.com, FLBKECF@mccalla.com,mccallaecf@ecf.courtdrive.com

Keith S Labell on behalf of Creditor Nationstar Mortgage LLC
klabell@rasflaw.com, klabell@rasflaw.com

Jennifer Laufgas on behalf of Creditor Bayview Loan Servicing, LLC
ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Paul A Meadows on behalf of Debtor Ana Danton
pmeadowsesqbankruptcy@gmail.com, pmeadowsesqbankruptcy@gmail.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

April H Stone on behalf of Creditor Select Portfolio Servicing, Inc.
astone@tromberglawgroup.com, ecf@tromberglawgroup.com