UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

ANA DANTON,

      Debtor(s).
_____/

Case No.: 19-19062-RAM

Chapter 13

## **EXHIBIT REGISTER**

Exhibits Submitted on behalf of: ☑ **Debtor**

Submitted By: **Paul Meadows, Esq., Fidelis Law, P.A., P.O. Box 831702 Miami, FL 33283, (305)788-9881.**

Date of Hearing/Trial: **July 15, 2020 at 9:00 A.M.**     Type of Hearing/Trial: **Final Evidentiary on POC 5.**

| **Exhibit Number** | **Description** | **Admitted** | **Refused** | **Not Introduced** |
|---|---|---|---|---|
| 1 | Mortgage Loan Modification Agreement effective January 29, 2016. | | | |
| 2 | Original Mortgage (Recorded). | | | |
| 3 | Executed HUD-1 Settlement Statement for Subject Property. | | | |
| 4 | Initial Escrow Account Disclosure Statement dated July 9, 1999. | | | |
| 5 | Bayview's Mortgage POC Attachment filed on September 17, 2019. | | | |
| 6 | Bayview's Loan Payment History attached to POC filed on September 17, 2019. | | | |
| 7 | Bayview's Escrow Account Projection starting in August 2019 filed on September 17, 2019. | | | |
| 8 | Debtor-Calculated Escrow Account Projection from Beginning of 2019 Calendar Year. | | | |
| 9 | Bayview's Supplemental Payment History from Loan Origination filed on June 9, 2020. | | | |
| | | | | |

## **CERTIFICATION OF LOCAL RULE 9011-4(B)**

     I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of this *Exhibit Register* (E.C.F. **86**) was/were furnished on or before **July 8, 2020** by CM/ECF to those parties listed on the NEF.

*/s/ Paul Meadows*
**Paul Meadows, Esq.**
Florida Bar No.: 94279
Fidelis Law, P.A.
Main Office: 454 NW 22 Ave., 207, Miami, FL 33125
Correspondence: P.O. Box 831702 Miami, FL 33283-1702
Email: pmeadowsesqbankruptcy@gmail.com
Tel: (305) 788-9881 || Fax: (305) 547-9608

*NEF* –

Melbalynn Fisher on behalf of Creditor Bayview Loan Servicing, LLC
Melbalynn.Fisher@mccalla.com,
FLBKECF@mccalla.com;melbalynn.fisher@ecf.courtdrive.com,mccallaecf@ecf.courtdrive.com

Ashley M French on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
afrench@rasflaw.com, aalbino@rasflaw.com

Neisi I Garcia Ramirez on behalf of Creditor Bayview Loan Servicing, LLC
Neisi.GarciaRamirez@mccalla.com, FLBKECF@mccalla.com,mccallaecf@ecf.courtdrive.com

Keith S Labell on behalf of Creditor Nationstar Mortgage LLC
klabell@rasflaw.com, klabell@rasflaw.com

Jennifer Laufgas on behalf of Creditor Bayview Loan Servicing, LLC
ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Paul A Meadows on behalf of Debtor Ana Danton
pmeadowsesqbankruptcy@gmail.com, pmeadowsesqbankruptcy@gmail.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

April H Stone on behalf of Creditor Select Portfolio Servicing, Inc.
astone@tromberglawgroup.com, ecf@tromberglawgroup.com