

## ORDERED in the Southern District of Florida on July 13, 2020.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In Re:

ANA DANTON,

      Debtor(s).

_____/

Case No.: 19-19062-RAM

Chapter 13

### AGREED ORDER OVERRULING OBJECTION TO CLAIM(S) ON SHORTENED NOTICE

THIS MATTER came before the Court prior to a Final Evidentiary Hearing set for **July 15, 2020** at **9:00 A.M.** on the Debtor's *Objection to Claim(s) on Shortened Notice* (E.C.F. 30). Based on the record and the agreement of the Debtor and Bayview Loan Servicing, LLC, it is

ORDERED AND ADJUDGED:

1. The Debtor's Objection to **Claim 5** filed by **Bayview Loan Servicing, LLC** is **OVERRULED**.

2. The Debtor and Bayview Loan Servicing, LLC shall be responsible for their own attorney's fees, expenses, and costs incurred as a result of this Objection.

###

Submitted by:

Paul Meadows, Esq.
Florida Bar No.: 94279

Fidelis Law, P.A.
Main Office: 454 NW 22 Ave., 207, Miami, FL 33125
Correspondence: P.O. Box 831702 Miami, FL 33283-1702
Email: pmeadowsesqbankruptcy@gmail.com
Tel: (305) 788-9881 || Fax: (305) 547-9608