UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In Re:

ANA DANTON,

          Debtor(s),

_____/

Case No.: 19-19062-RAM

Chapter 13

## MOTION TO DETERMINE AMOUNT OF MAINTENANCE MORTGAGE PAYMENT

The Debtor, **ANA DANTON**, by and through undersigned counsel, files this *Motion to Determine Amount of Maintenance Mortgage Payment*, pursuant to 11 U.S.C. §§ 105(a), 1322(b) and Fed. R. Bankr. P. 3002.1, and states:

1. On November 15, 2019, the Debtor directly overpaid $812.60 for the 2019 property taxes assessed to her homestead property (see true and correct copy of Miami-Dade County Property Appraiser receipt attached as "Exhibit A").

2. On April 10, 2020, secured creditor, Bayview Loan Servicing, LLC ("Bayview"), filed a Notice of Mortgage Payment Change ("NPC") for the Debtor's residential mortgage account secured by her homestead.

3. Since then, no other notices of payment change have been filed.

4. On April 28, 2020, the Debtor placed a new homeowner's/hazard insurance policy covering her homestead until April 28, 2021 (see true and correct copy of Tower Hill Insurance policy attached as "Exhibit B").

5. The total premium for the newly placed homeowner's/hazard insurance policy is $3730.00, which is significantly lower than the projected cost of hazard insurance reflected on Bayview's NPC.

6. Furthermore, as of this Motion, the Debtor has directly paid $2507.01 towards the new homeowner's insurance policy (see attached true and correct copies of payment confirmations for Tower Hill Insurance policy attached as "Composite Exhibit C").

7. On July 14, 2020, the Court entered an order overruling the Debtor's objection to POC 5 of Bayview effectively determining that the subject mortgage was, in fact, an escrowed account.

8. Bayview's most recently filed NPC does not accurately state the monthly payment amount for escrow items for months 12 through 24 of the chapter 13 Plan.

9. Furthermore, Bayview's most recently filed NPC may not accurately state the projected monthly payment amount for escrow items for the remainder of the Plan.

10. The Debtor seeks a determination of the correct monthly mortgage escrow payment amount(s) for months 12 to 60 of the Plan.

WHEREFORE, Debtor respectfully requests that the Court (1) determine the correct monthly mortgage escrow payment amount; and (2) grant any other relief it deems just and necessary.

## CERTIFICATION OF LOCAL RULE 9011-4(B)

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated: **September 11, 2020**.                    Respectfully Submitted,

/s/ Paul Meadows
**Paul Meadows, Esq.**
Florida Bar No.: 94279
Fidelis Law, P.A.
Main Office: 454 NW 22 Avenue, 207, Miami, FL 33125
Correspondence: P.O. Box 831702 Miami, FL 33283-1702
Email: pmeadowsesqbankruptcy@gmail.com
Tel: (305) 788-9881 || Fax: (305) 547-9608

# "EXHIBIT A"

**Miami-Dade County**
**Tax Collector**
**200 NW 2nd Avenue**
**Miami, FL 33128**

| Transaction # 20532831 | |
|---|---|
| Cashier: | e321184 |
| Paid By: | JOSE RODRIGUEZ & ANA DANTON |
| Date: | 11/15/2019 11:27AM |
| Received Via: | In Person |
| Num. Items: | 1 |
| Total Tendered: | $812.60 |
| Receipt #: | 0226-20-000925 |
| Batch: | 8954315 |
| Drawer: | 0226 |
| Status: | Complete |

**Receipt**

| Item | Details | Effective Date | Due | Under | Paid | |
|---|---|---|---|---|---|---|
| Real Estate | Acc# 30-5909-003-0620 Bill Yr: 2019 Regular Due: 03/31/2020 | 11/15/2019 | $4,073.33 | $3,260.73 | | $812.6 |
| | Total: | | $4,073.33 | | | $812.6 |

| Payment | Details | | | Paid | |
|---|---|---|---|---|---|
| Check | Chk#273 | | | | $812.6 |
| | Balance: | | | | $0.0 |

Miami-Dade County, Florida

# 2019 Real Estate Property Taxes
## Notice of Ad Valorem Tax and Non-Ad Valorem Assessments
### SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| FOLIO NUMBER | MUNICIPALITY | MILL CODE |
|---|---|---|
| 30-5909-003-0620 | UNINCORPORATED DADE COUNTY | 3000 |

JOSE RODRIGUEZ & ANA DANTON
11318 SW 147 PL
MIAMI, FL 33196-3339

Property Address
11318 SW 147 PL

Exemptions:
ADDL HOMESTEAD, HOMESTEAD

## AD VALOREM TAXES

| TAXING AUTHORITY | ASSESSED VALUE | MILLAGE RATE PER | $1,000 OF TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| Miami-Dade School Board | | | | |
| School Board Operating | 241,026 | 7.02500 | 216,026 | 1,517.59 |
| School Board Debt Service | 241,026 | 0.12300 | 216,026 | 26.57 |
| State and Other | | | | |
| Florida Inland Navigation Dist | 241,026 | 0.03200 | 191,026 | 6.11 |
| South Florida Water Mgmt Dist | 241,026 | 0.11520 | 191,026 | 22.01 |
| Okeechobee Basin | 241,026 | 0.12460 | 191,026 | 23.80 |
| Everglades Construction Proj | 241,026 | 0.03970 | 191,026 | 7.58 |
| Childrens Trust Authority | 241,026 | 0.46800 | 191,026 | 89.40 |
| Miami-Dade County | | | | |
| County Wide Operating | 241,026 | 4.66690 | 191,026 | 891.50 |
| County Wide Debt Service | 241,026 | 0.47800 | 191,026 | 91.31 |
| Unincorporated Operating | 241,026 | 1.92830 | 191,026 | 368.36 |
| Library District | 241,026 | 0.28400 | 191,026 | 54.25 |
| Fire Rescue Operating | 241,026 | 2.42070 | 191,026 | 462.42 |
| Fire Rescue Debt Service | 241,026 | 0.00000 | 191,026 | 0.00 |

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | FOOTAGE/UNITS | AMOUNT |
|---|---|---|---|
| L0139 THE HAMMOCKS | @ 2.3036 | 8.000 | 18.43 |
| T0004 GARB,TRASH,TRC,RECYCLE | @ 484.0000 | 1.000 | 484.00 |

### AMOUNT IF PAID BY (pay only one amount)

| Nov 30, 2019 | Dec 31, 2019 | Jan 31, 2020 | Feb 29, 2020 | Mar 31, 2020 | Combined Taxes and Assessments |
|---|---|---|---|---|---|
| $4,073.33 | $4,073.33 | $4,073.33 | $4,073.33 | $4,073.33 | $4,063.33 |

↑ RETAIN FOR YOUR RECORDS ↑

--------------------------------------------------------

**2019 Real Estate Property Taxes**

↓ DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT ↓

Duplicate e321184 11/15/2019

30-5909-003-0620
FOLIO NUMBER

11318 SW 147 PL
PROPERTY ADDRESS

LEGAL DESCRIPTION
SUNFISH AT THE HAMMOCKS
PB 115-21
LOT 7 BLK 5
LOT SIZE 6890 SQ FT
& INT IN COMMON ELEMENTS

JOSE RODRIGUEZ & ANA DANTON
11318 SW 147 PL
MIAMI, FL 33196-3339



*1+30590900306200+2019*

Make checks payable to:
Miami-Dade Tax Collector
(in U.S. funds drawn on U.S. banks)
Amount due May be Subject to Change Without Notice
Mail payments to:
200 NW 2nd Avenue, Miami, FL 33128

| PAY ONLY ONE AMOUNT | |
|---|---|
| If Paid By | Please Pay |
| Nov 30, 2019 | $4,073.33 |
| Dec 31, 2019 | $4,073.33 |
| Jan 31, 2020 | $4,073.33 |
| Feb 29, 2020 | $4,073.33 |
| Mar 31, 2020 | $4,073.33 |

1000000000000000030590900306202019000004063330000000000009

**"EXHIBIT B"**

**Tower Hill Insurance**
Post Office Box 147018
Gainesville, FL 32614-7018

ANA DANTON
11318 SW 147TH PL
MIAMI, FL 33196

00100400000 P008743612 958803 SDEC D

"EXHIBIT B"

This page is intentionally left blank

"EXHIBIT B"



0020040000 P008743612 958803 SDEC D

Dear ANA DANTON,

Thank you for choosing Tower Hill Insurance for your property insurance needs. You are a valued member of more than 350,000 Florida homeowners who trust the Tower Hill Family of Companies to protect their homes.  Since 1972, Tower Hill has weathered every Florida storm and been there when our customers need us most – when it's time to rebuild.

Please refer to your enclosed policy declarations page for important details about your coverages. For quick reference, below is a summary of details about your policy and contact information.

| | |
|---|---|
| **Your Policy Number** | ████3612 |
| **Insurance Company** | Tower Hill Signature Insurance Company |
| **Policy Effective Date** | April 28, 2020 |
| **Your Insurance Agency** | John Galt Insurance Agency |
| | (954) 903-4064     Agency Code: FL7623 |

*For coverage questions or to request changes to your policy, please contact your agent.*

## HOW TO CONTACT TOWER HILL

| | |
|---|---|
| **THIG.com** | Register your account online https://customerportal.thig.com/ to:<br>• Access your Tower Hill policy documents<br>• Pay your bill<br>• Change your billing plan<br>• Report a claim and track its progress<br>• Go green and save time by selecting our eDocs option to receive your notifications by email. |
| **(800) 342-3407** | Call our Customer Service Center to report a claim, for help with payment plan options, or to make a phone payment. ***Monday through Friday 8am to 6pm (ET)*** |
| **844.TOWER.11**<br>(844.869.3711) | If your home has a covered loss and you need emergency services such as water extraction or roof tarping, Contact CastleCare 24/7. |

"EXHIBIT B"

| | |
|---|---|
| **Payments by Mail** | When paying your bill by mail, please use the payment coupon and envelope included with your invoice. |
| | Write the policy number in the memo field of your check. If you are sending a money order or cashier's check, include your name as listed on your policy. |
| | Mail to: Tower Hill Insurance, PO Box 865001, Orlando, FL 32886-5001 |
| **Credit Card Payments** | Credit card payments are assessed a 2.75% processing fee. |

Founded in 1972, Tower Hill is one of the largest property insurers in Florida. The company's products are marketed exclusively through its network of insurance agencies throughout the state.
Tower Hill offers homeowners, mobile homeowners, rental property (dwelling fire), condominium, renters, commercial and flood coverage.

We appreciate your business, and assure you that our employees, in partnership with your insurance agent, will work tirelessly to deserve the trust you have placed in us. *To Protect Your Castle, Look to the Tower.*

Tower Hill Insurance



**"EXHIBIT B"**

## Tower Hill Signature Insurance Company

P.O. Box 147018 Gainesville, FL 32614-7018

| DWELLING FIRE DECLARATIONS | POLICY NUMBER |
|---|---|
| | ████612 |

# THIS IS NOT A BILL

New
Issued On:
04/28/2020

**Payment notice will be sent separately to: Insured**

**Insured**
ANA DANTON
11318 SW 147TH PL
MIAMI, FL 33196

**AGENCY** FL7623
John Galt Insurance Agency
220 HILLSBOROUGH TECH DR #230
DEERFIELD BEACH, FL 33441

PHONE NUMBER: (954) 903-4064

**POLICY PERIOD: 04/28/2020 to 04/28/2021.** Each period begins and ends at 12:01 AM standard time at the insured location.

**DESCRIBED LOCATION:** Same as address shown under Insured.

Coverage is provided where a premium or limit is shown for the coverage.

| BASIC POLICY COVERAGES | LIMIT | FIRE | EXTENDED COVERAGE | HURRICANE | ANNUAL PREMIUM |
|---|---|---|---|---|---|
| COVERAGE A - Dwelling | $325,000 | $295.00 | $1,343.00 | $1,798.00 | $3,436.00 |
| COVERAGE B - Other Structures | $6,500 | Incl | Incl | Incl | Incl |
| COVERAGE C - Personal Property | $0 | $0.00 | $0.00 | $0.00 | $0.00 |
| COVERAGE D - Fair Rental Value | $32,500 | Incl | Incl | Incl | Incl |
| COVERAGE L - Liability Each Occurrence | $100,000 | | | | $60.00 |
| COVERAGE M - Medical Payments to Others Each Person | $1,000 | | | | Incl |

**BREAKDOWN OF PREMIUM:**

| Charges | Limit | Premium |
|---|---|---|
| Annual Premium for Basic Policy Coverages | | $3,496.00 |
| Catastrophic Ground Cover Collapse Coverage | | Incl |
| Limited Fungi, Wet or Dry Rot, or Bacteria Coverage Liability | $50,000 | Incl |
| Limited Fungi, Wet or Dry Rot, or Bacteria Coverage Property | $10,000/$10,000 | Incl |
| Limited Water Damage Coverage | | $107.00 |
| Rental to Others (Short Term Exclusions) - Property | | Incl |
| Replacement Cost Buy Back | | Incl |
| Water Back-Up and Sump Discharge or Overflow Deductible = $250 | | $100.00 |
| Water Damage Exclusion | | Incl |
| Emergency Management Preparedness and Assistance Trust Fund (EMPAT) Fee | | $2.00 |
| Managing General Agency (MGA) Fee | | $25.00 |

| Credits | | Premium |
|---|---|---|
| Age of Dwelling Credit | | Incl |
| All Other Perils Deductible Credit | | Incl |
| Hurricane Deductible Credit | | Incl |
| Residential Windstorm Loss Mitigation Devices Credit | | Incl |
| Sinkhole Exclusion | | Incl |

| **Total Policy Premium:** | **$3,730.00** |
|---|---|

00300400000 P008743612 958803 SDEC D

# "EXHIBIT B"



**DEDUCTIBLE (Section I Only):**

## The Calendar Year Hurricane Deductible is $16,250 (5% of Coverage A).
### The All Other Perils Deductible is $2,500.

- In case of a covered property loss, we cover only that part of the covered loss over the deductible stated, unless otherwise stated in your policy.

**Mortgagee Information:**
CC: BAYVIEW LOAN SERVICING
ISAOA/ATIMA
PO BOX 5933
TROY, MI 48007-5933
Loan Id: 0091569970

Important: Please notify your agent immediately if the mortgage company shown is incorrect.

**BASIC RATING INFORMATION:**

| PROGRAM | FORM CODE | TERRITORY | COUNTY | CONSTRUCTION YEAR | CONSTRUCTION TYPE |
|---------|-----------|-----------|--------|-------------------|-------------------|
| RPFLDP | DP-3 | 320 | MIAMI-DADE | 1987 | Masonry |

| FIRE PROTECTION CLASS | ROOF TYPE | BUILDING CODE (BCEG) GRADE | WIND PROTECTIVE DEVICE | PROTECTIVE DEVICE |
|-----------------------|-----------|----------------------------|------------------------|-------------------|
| 2 | Gable | Does Not Apply | None | None |

| OCCUPIED BY | NUMBER OF FAMILIES/UNITS |
|-------------|--------------------------|
| Tenant | 1 |

**PREMIUM SUMMARY**: 

| | |
|---|---|
| Hurricane Premium: | $1,798.00 |
| Non-hurricane Premium: | $1,932.00 |

**APPLICABLE FORMS AND ENDORSEMENTS:**
RPI DF 09 COV (04/09), DP 00 03 (07/88), DL 24 01 (07/88), DL 24 11 (07/88), DL 24 16 (07/88), DW-0260-00 (06/19), DW-0280-00 (06/19), DW-0461-00 (10/18), DW-0495-00 (05/19), IL-0301-00 (09/11), IL-0506-00 (06/07), IL-0513-00 (09/16), IL-P-001 (01/04), IL-WMCA (04/11), Privacy Notice (05/13), RP-CKLS DW (02/11), RPI DF 09 DN (10/18), RPI DF 09 ED (10/18), RPI DF 09 ELE (02/10), RPI DF 09 FCL (10/18), RPI DF 09 HD (10/18), RPI DF 09 LWD (12/08), RPI DF 09 OC (05/19), RPI DF 09 SP (10/18), RPI DF 09 SPL (10/18), RPI DF 09 WD (10/18)

**NOTICES:**

- **WATER DAMAGE CAUSED BY ACCIDENTAL DISCHARGE OF WATER FROM PLUMBING OR APPLIANCE IS LIMITED TO $10,000. ALL OTHER WATER DAMAGE IS EXCLUDED, UNLESS WATER PENETRATION IS A DIRECT RESULT OF DAMAGE CAUSED DURING A HURRICANE OR TROPICAL STORM OCCURRENCE.**

- **This policy does not provide Animal Liability coverage.**

- **This policy does not include the peril of "Sinkhole Loss".**

- **This policy does not provide Flood coverage.**

- **This policy only provides Premises Liability coverage.**

- This policy does not provide coverage for Mobile homes or Prefabricated homes.

- This Declarations replaces all previously issued policy Declarations, if any. This Declarations together with your policy and endorsements completes your policy. Refer to your policy and endorsements for details regarding your coverages, limits, and exclusions.

- To request the complete copy of your policy including all forms, endorsements, terms and conditions, please contact our Customer Service Center at (800) 342-3407 between the hours of 8:00 am and 6:00 pm, Monday through Friday (Eastern Time), excluding holidays.

## "EXHIBIT B"

0040040000 P008743612 958803 SDEC D

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR DWELLING FIRE INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

**COUNTERSIGNATURE:**
Countersigned by Authorized Representative:          Stephen E. Allnutt                    Prepared: 04/28/2020

| | |
|---|---|
| **AGENCY PHONE:** | (954) 903-4064 |
| **CUSTOMER SERVICE:** | (800) 342-3407 |
| **QUESTIONS:** | If you have questions about your insurance policy or coverages, please contact your agent. If you have payment or billing questions, please call the Customer Service number or contact your agent. |
| **TO FILE A CLAIM:** | Tower Hill Insurance Services, LLC     **PHONE:** (800) 216-3711 (24 hours a day, 7 days a week)<br>PO Box 143180                              **FAX:**    (352) 248-2167<br>Gainesville, FL 32614-3180 |
| **FRAUD HOTLINE:** | (866) 265-6590  (Toll Free and Confidential) |

# "EXHIBIT B"

This page is intentionally left blank

COMPOSITE EXHIBIT C

Case 1:19-cv-23619-JLK   Doc 1D2   Filed 08/11/20   Page 18 of 25

**TOWER HILL SIGNATURE INSURANCE COMPANY**
*An affiliate of Tower Hill Insurance Group, LLC*
P.O. Box 147018
Gainesville, FL 32614-7018

**PAYMENT CONFIRMATION**

ANA DANTON
*11318 SW 147TH PL*
*MIAMI, FL 33196*

**DP-3 Policy Number:** ▮▮▮▮3612

| | |
|---|---|
| **Date Received:** | 04/28/2020 |
| **Amount Paid:** | $857.90 |
| **Confirmation Number:** | 89235241 |

**Insured**
ANA DANTON

**Insured Location**
11318 SW 147TH PL
MIAMI, FL 33196

**Policy Effective:**   **From:** 04/28/2020   **To:** 04/28/2021

Thank you. This confirms you have submitted a payment in the amount of $857.90 by ECHECK on 04/28/2020. Payments received before 6:00pm ET on a business day will be considered as paid on that date. If the payment is made after 6:00pm ET, we will consider that the next business day. Payments will be applied to your account within two business days.

The credit to your policy is subject to reversal if your payment is cancelled or rejected.

**Billing Payment Options:**
*Online:* www.THIG.com
*Phone Pay:* (800) 342-3407
*Mail:* Checks payable to
TOWER HILL SIGNATURE INSURANCE COMPANY
PO Box 865001, Orlando, FL 32886-5001

**Customer Service:** (800) 342-3407

**Agency Information:**
Agency Code: 7623
John Galt Insurance Agency
220 Hillsborough Tech Dr #230
Deerfield Beach, FL 33441
Phone: (954) 903-4064

"COMPOSITE EXHIBIT C"

 Gmail

**Paul Meadows <pmeadowsesqbankruptcy@gmail.com>**

---

## FW: Alert from Tower Hill: Premium payment processed
1 message

---

**anadanton@dantonproperties.com** <anadanton@dantonproperties.com>       Thu, Aug 13, 2020 at 10:46 AM
To: Paul Meadows <pmeadowsesqbankruptcy@gmail.com>

May Payment


Ana Danton
305-790-0532
Realtor Associate
G.R.I.-C.R.S.
Multimillion Dollar Producer

---

**From:** noreply@thig.com
**Sent:** Thursday, May 28, 2020 6:54 AM
**To:** anadanton@dantonproperties.com
**Subject:** Alert from Tower Hill: Premium payment processed


To ensure delivery to your inbox, please add noreply@thig.com to your address book and/or safe senders list.



**Important information regarding your Tower Hill Signature Insurance Company property insurance policy.**


Dear ANA DANTON,


Your automatic payment scheduled for **May 28, 2020** in the amount of **$412.30**, was processed today.

With any questions regarding this transaction, please contact our Customer Service Center via live chat or

by phone at **(800) 342-3407** between the hours of 8:00 am and 6:00 pm, Monday through Friday (Eastern Time), excluding holidays.

Thank you for trusting Tower Hill Insurance Group with your property insurance needs.

**With coverage questions, please contact your agent:**

John Galt Insurance Agency

Agency ID: 7623

(954) 903-4064

www.
johngaltinsurance.com

.

**Customer Service:**

(800) 342-3407
customerservice@thig.com

**To Report a Claim:**

(800) 216-3711

claims@thig.com

THIG.com/report

**Customer Login:**

THIG.com/portal

   

Please do not reply to this message. This is an automated message; the email address is not monitored.

Tower Hill Insurance Group | 7201 NW 11th Pl | Gainesville, FL 32605 | THIG.com | Privacy Statement & Security

CONFIDENTIAL NOTICE: This email including any attachments, contains confidential information belonging to the sender. It may also be privileged or otherwise protected by work product immunity or other

legal rules. This information is intended only for the use of the
individual or entity named above. If you are not the intended
recipient, you are hereby notified that any disclosure, copying,
distribution or the taking of any action in reliance on the contents
of this emailed information is strictly prohibited. If you have
received this email in error, please immediately notify us by
reply email of the error and then delete this email immediately.

 Virus-free. [www.avast.com](http://www.avast.com)

"COMPOSITE EXHIBIT "C""

 **Gmail**

**Paul Meadows <pmeadowsesqbankruptcy@gmail.com>**

---

## Premium payment processed
1 message

---

**anadanton@dantonproperties.com** <anadanton@dantonproperties.com>      Thu, Aug 13, 2020 at 10:46 AM
To: Paul Meadows <pmeadowsesqbankruptcy@gmail.com>

June Payment


Ana Danton
305-790-0532
Realtor Associate
G.R.I.-C.R.S.
Multimillion Dollar Producer

---

**From:** noreply@thig.com
**Sent:** Saturday, June 27, 2020 6:49 AM
**To:** anadanton@dantonproperties.com
**Subject:** Alert from Tower Hill: Premium payment processed


To ensure delivery to your inbox, please add noreply@thig.com to your address book and/or safe senders list.



**Important information regarding your Tower Hill Signature Insurance Company property insurance policy.**


Dear ANA DANTON,


Your automatic payment scheduled for **June 27, 2020** in the amount of **$412.30**, was processed today.

With any questions regarding this transaction, please contact our Customer Service Center via live chat or

by phone at **(800) 342-3407** between the hours of 8:00 am and 6:00 pm, Monday through Friday (Eastern Time), excluding holidays.

Thank you for trusting Tower Hill Insurance Group with your property insurance needs.

**With coverage questions, please contact your agent:**

John Galt Insurance Agency

Agency ID: 7623

(954) 903-4064

www. johngaltinsurance.com

.

**Customer Service:**

(800) 342-3407
customerservice@thig.com

**To Report a Claim:**

(800) 216-3711

claims@thig.com

THIG.com/report

**Customer Login:**

THIG.com/portal

  

Please do not reply to this message. This is an automated message; the email address is not monitored.

Tower Hill Insurance Group | 7201 NW 11th Pl | Gainesville, FL 32605 | THIG.com | Privacy Statement & Security

CONFIDENTIAL NOTICE: This email including any attachments, contains confidential information belonging to the sender. It may also be privileged or otherwise protected by work product immunity or other

legal rules. This information is intended only for the use of the
individual or entity named above. If you are not the intended
recipient, you are hereby notified that any disclosure, copying,
distribution or the taking of any action in reliance on the contents
of this emailed information is strictly prohibited. If you have
received this email in error, please immediately notify us by
reply email of the error and then delete this email immediately.

 Virus-free. www.avast.com

"COMPOSITE EXHIBIT C"



**Paul Meadows <pmeadowsesqbankruptcy@gmail.com>**

---

## Ana Danton 11318 Premium payment processed
1 message

---

**anadanton@dantonproperties.com** <anadanton@dantonproperties.com>
To: Paul Meadows <pmeadowsesqbankruptcy@gmail.com>

Thu, Aug 13, 2020 at 10:45 AM

July 27 Payment


Ana Danton
305-790-0532
Realtor Associate
G.R.I.-C.R.S.
Multimillion Dollar Producer

---

**From:** noreply@thig.com
**Sent:** Monday, July 27, 2020 6:32 AM
**To:** anadanton@dantonproperties.com
**Subject:** Alert from Tower Hill: Premium payment processed


To ensure delivery to your inbox, please add noreply@thig.com to your address book and/or safe senders list.




**Important information regarding your Tower Hill Signature Insurance Company property insurance policy.**


Dear ANA DANTON,


Your automatic payment scheduled for **July 27, 2020** in the amount of **$412.30**, was processed today.

With any questions regarding this transaction, please contact our Customer Service Center via live chat or

by phone at **(800) 342-3407** between the hours of 8:00 am and 6:00 pm, Monday through Friday (Eastern Time), excluding holidays.

Thank you for trusting Tower Hill Insurance Group with your property insurance needs.

**With coverage questions, please contact your agent:**

John Galt Insurance Agency

Agency ID: 7623

(954) 903-4064

www. johngaltinsurance.com

.

**Customer Service:**

(800) 342-3407
customerservice@thig.com

**To Report a Claim:**

(800) 216-3711

claims@thig.com

THIG.com/report

**Customer Login:**

THIG.com/portal

  

Please do not reply to this message. This is an automated message; the email address is not monitored.

Tower Hill Insurance Group | 7201 NW 11th Pl | Gainesville, FL 32605 | THIG.com | Privacy Statement & Security

CONFIDENTIAL NOTICE: This email including any attachments, contains confidential information belonging to the sender. It may also be privileged or otherwise protected by work product immunity or other

# "COMPOSITE EXHIBIT C"

legal rules. This information is intended only for the use of the
individual or entity named above. If you are not the intended
recipient, you are hereby notified that any disclosure, copying,
distribution or the taking of any action in reliance on the contents
of this emailed information is strictly prohibited. If you have
received this email in error, please immediately notify us by
reply email of the error and then delete this email immediately.

 Virus-free. www.avast.com

"COMPOSITE EXHIBIT C"



**Paul Meadows <pmeadowsesqbankruptcy@gmail.com>**

---

## FW: Update from Tower Hill: Reminder of premium deduction
1 message

---

**Ana Danton** <anadanton@dantonproperties.com>                                Thu, Aug 20, 2020 at 12:49 PM
To: Paul Meadows <pmeadowsesqbankruptcy@gmail.com>

Four payment.


Ana Danton
305-790-0532
Realtor Associate
G.R.I.-C.R.S.
Multimillion Dollar Producer

---

**From:** noreply@thig.com
**Sent:** Wednesday, August 19, 2020 7:12 PM
**To:** anadanton@dantonproperties.com
**Subject:** Update from Tower Hill: Reminder of premium deduction


To ensure delivery to your inbox, please add noreply@thig.com to your address book and/or safe senders list.




**Important information regarding your Tower Hill Signature Insurance Company property insurance policy.**


Dear ANA DANTON,


Your automatic payment of **$412.30** for your property insurance policy is scheduled to be processed on **August 26, 2020**.

"COMPOSITE EXHIBIT C"

With any questions regarding this withdrawal, please contact our Customer Service Center via live chat or by phone at **(800) 342-3407** between the hours of 8:00 am and 6:00 pm, Monday through Friday (Eastern Time), excluding holidays.

Thank you for trusting Tower Hill Insurance Group with your property insurance needs.

**With coverage questions, please contact your agent:**

John Galt Insurance Agency

Agency ID: 7623

(954) 903-4064

www.
johngaltinsurance.com

.

**Customer Service:**

(800) 342-3407
customerservice@thig.com

**To Report a Claim:**

(800) 216-3711

claims@thig.com

THIG.com/report

**Customer Login:**

THIG.com/portal

  

Please do not reply to this message. This is an automated message; the email address is not monitored.

Tower Hill Insurance Group | 7201 NW 11th Pl | Gainesville, FL 32605 | THIG.com | Privacy Statement & Security

CONFIDENTIAL NOTICE: This email including any attachments, contains confidential information belonging to the sender. It may also be

privileged or otherwise protected by work product immunity or other legal rules. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify us by reply email of the error and then delete this email immediately.

 Virus-free. www.avast.com