UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:                                                          Case Number: 19-19062-BKC-RAM
                                                                Chapter 13
ANA DANTON

                    Debtor(s)            /

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Movant, Hammocks Community Association, Inc., objects to confirmation of the Debtor's Chapter 13 Plan and states:

1. Debtor Filed this Chapter 13 bankruptcy case on July 9, 2019.

2. On February 24, 2021, Debtor filed a Chapter 13 Plan (D.E. 142)(the "Plan").

3. Movant objects to the Plan because the Debtor's plan does not comply with the provisions of 11 U.S.C. § 1325(a)(5)(B)(iii)(I).  In particular, Debtor's plan provides for non-conforming periodic payments prohibited by § 1325(a)(5).

4. Creditor, Hammocks Community Association, Inc. (hereinafter the "Association"), has a secured debt on two units owned by the debtor in the amount of $17,280.00.

5. Debtor's plan provides payment to the Association via a balloon payment of $17, 280.00 (two payments of $8,640.00) on the sixtieth month, with no proposed payments on the debts for the first fifty-nine months.

6. This Court has adopted the majority view that periodic payments on a secured claim shall be made in equal monthly amounts, and that section 1325 of the Bankruptcy Code bars confirmation of "balloon-payment plans".  See, In Re Dore Benedicto, 587 B.R. 573 (Bankr. S.D. Fla. 2018).

WHEREFORE, Movant respectfully requests that this Court enter an order sustaining this objection and grant such further relief as the Court deems appropriate.

Dated this 26th day of February 2021

/s/ Miguel Parlade
Miguel Parlade, Esq.
Fla. Bar. 388068
Hammock Community Association
P.O. Box 771747
Miami, FL  33177
parladelaw@gmail.com
(305) 235-9040

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was transmitted to the parties listed below via electronic delivery on this 26th day of February 2021:

/s/ Miguel Parlade
Miguel Parlade, Esq.
Fla. Bar. 388068
Hammock Community Association
P.O. Box 771747
Miami, FL  33177
parladelaw@gmail.com
(305) 235-9040

Melbalynn Fisher on behalf of Creditor Bayview Loan Servicing, LLC
mfisher@ghidottiberger.com

Ashley M French on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER afrench@rasflaw.com, aalbino@rasflaw.com

Neisi I Garcia Ramirez on behalf of Creditor Bayview Loan Servicing, LLC
Neisi.GarciaRamirez@mccalla.com, FLBKECF@mccalla.com,mccallaecf@ecf.courtdrive.com

Neisi I Garcia Ramirez on behalf of Creditor Community Loan Servicing, LLC
Neisi.GarciaRamirez@mccalla.com, FLBKECF@mccalla.com,mccallaecf@ecf.courtdrive.com

Marc Granger on behalf of Creditor Goldman Sachs Mortgage Company
mgranger@kahaneandassociates.com,
bkecf@kahaneandassociates.com;tforeman@kahaneandassociates.com;8163622420@filings.docketbird.com;5456272420 @filings.docketbird.com

Iris Kwon on behalf of Creditor Select Portfolio Servicing, Inc. ikwon@tmppllc.com

Keith S Labell on behalf of Creditor Nationstar Mortgage LLC klabell@raslg.com, klabell@raslg.com

Jennifer Laufgas on behalf of Creditor Bayview Loan Servicing, LLC ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas on behalf of Creditor Community Loan Servicing, LLC ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Scott C Lewis on behalf of Creditor Federal Home Loan Mortgage Corporation bkfl@albertellilaw.com, anhsalaw@infoex.com

Paul A Meadows on behalf of Debtor Ana Danton pmeadowsesqbankruptcy@gmail.com, pmeadowsesqbankruptcy@gmail.com

Nancy K. Neidich e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov