UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:                                                                Case Number: 19-19062-BKC-RAM
                                                                      Chapter 13
ANA DANTON

_____Debtor(s)_____/

## HAMMOCKS COMMUNITY ASSOCIATION, INC.
## NOTICE OF PAYMENT CHANGE

Hammocks Community Association, Inc., a ("Secured Creditor") hereby gives notices under Local Rule 3070-1(B)(1) that pursuant to Article VI, Section 4 of the Declaration of Condominium of Hammocks Community Association, Inc., the association property assessments have increased based upon the newly passed Approved Budget approved by the Board of Directors on January 27, 2022. The new property assessments for the Debtor's units has increased to $355.00/monthly for her unit located at 11318 SW 147 PL, Miami, FL and $330.00/monthly for her unit located at 10638 SW 148 AVE. DR., Miami, FL starting March 1, 2022. This new payment is due on or before March 14, 2022, and each subsequent payment is due on or before the 14th day of every month in order to avoid a late fee. Pursuant to this foregoing, the Secured Creditor respectfully requests that starting in March 2022; Debtor's monthly payment be increased to reflect this assessment. Documentation to support the increased regular association assessment payment is attached hereto as Exhibit "A". Secured Creditor requests that the necessary action be taken to ensure that the correct payment is provided for by the debtors. Any question regarding this payment change and any further pleadings/correspondence should be directed to the undersigned attorney.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was transmitted to the parties listed below via electronic delivery on this 11th day of February 2022:

Paul A Meadows, Esq., On Behalf of Debtor Ana Danton; pmeadowsesqbankruptcy@gmail.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

/s/ Miguel Parlade
Miguel Parlade, Esq.
Fla. Bar. 388068
Hammocks Community Association
P.O. Box 771747
Miami, FL 33177
(305) 235-9040
parladelaw@gmail.com

# EXHIBIT A



**January 28th, 2022**

Dear Homeowner;

We hope this letter finds you and your family well.

As you probably know, the 2022 Budget was approved by the newly appointed Board of Directors on January 27, 2022. Pursuant to the Approved Budget, the assessments for your property have increased.

As such, attached you may find the new coupons which reflect the new Assessment amount. The new Assessment amount goes into effect March 1st, 2022. As a reminder, payments not received by the 15th of each month will carry a $25.00 late fee per payment.

For your convenience, please find attached ACH form to enroll in autopay directly with the association (no extra charge).

The Board of Directors for
Hammocks Community Association, Inc.

**************************************************************************

Estimado Dueño;

Un cordial saludo.

El dia 27 de Enero del año 2022 la nueva Junta Directiva aprobo el Presupuesto del 2022. Segun el presupuesto aprobado, la mensualidad de su propiedad a incrementado.

Por lo tanto, adjunto puede encontrar los cupones de los pagos nuevos. Este aumento comenzara el 1ro de Marzo del 2022. Le recordamos que los pagos recibidos despues del dia 15 del mes, llevaran un recargo de $25.00 por pago.

Para su conveniencia, por favor encuentra adjunto la aplicacion para pagos automaticos sin cargo extra.

La Junta Directiva de
Hammocks Community Association, Inc.



February 2nd, 2022

Dear valued owner,

We hope this correspondence will find you and your family well.

Unfortunately, due to the increasing cost of maintaining the community the Board has been forced to increase your monthly assessment, effective March 1, 2022. We apologize for any inconvenience this increase will cause you.

For your convenience, we are attaching a blank ACH application for you to update your new payment amount. If this new ACH form is not submitted, then we will **not** proceed with your previous ACH and you will be responsible for all future payments. Please send the ACH form to celeste@hammockscc.com or you can bring it in person to the Main Club House located at 9020 Hammocks Blvd Miami, FL 33196.

Do not hesitate to contact the accounting department if you have additional questions or concerns. (305)-382-3999

| Assessment Amount Effective March 1, 2022 | | | |
|---|---|---|---|
| Community | Monthly Assessment | Community | Monthly Assessment |
| Oak Lake | $ 370.00 | Haciendas | $ 320.00 |
| Spicewood | $ 370.00 | Cedar Landing | $ 340.00 |
| Corella | $ 370.00 | Live Oak | $ 335.00 |
| Lakeside | $ 335.00 | Juniper | $ 330.00 |
| Sunflower | $ 330.00 | Chantarelle/Ravena | $ 355.00 |
| Ensenada 1 | $ 335.00 | Paseos 1 | $ 350.00 |
| Ensenada 2 | $ 315.00 | Oakwood Estates | $ 385.00 |
| Skylark | $ 380.00 | Belmont | $ 320.00 |
| Pelican Point | $ 380.00 | Paseos 2 | $ 390.00 |
| Local Association Assessment | | | $170.00 |

Kind Regards,

**Hammocks Community Association. Inc.**