**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Ana Danton

Case No.: 19-19062-RAM
Chapter: 13

_____ Debtor. _____

## DEBTOR'S RESPONSE TO 3002.1 NOTICE [ECF No. 168] IN RELATION TO CLAIM NO. [CLAIM NO.] POC 9 and 10

The Debtor(s), through the undersigned attorney, responds to Hammocks Community Ass'n, Inc. ("Secured Creditor") Notice of Payment Change effective __March 1, 2022__, as follows:

### Objection:

☐ Within 14 days from the date on which this response is filed, Debtor shall file a separate Objection and set it for hearing. If an objection is not filed, Debtor will be deemed to have accepted the 3002.1 Notice and will file a modified plan to provide for the same.

### No Objection:

☐ Debtor does not object to Secured Creditor's 3002.1 Notice and, within 14 days from the date on which this response is filed, will file a motion to modify and modified plan providing for either the payment change or fees and costs in the notice and set the motion to modify for hearing.

☒ Debtor does not object to Secured Creditor's 3002.1 Notice. Due to the de minimis the amount of $ 509/Mo. contained in the 3002.1 Notice, Debtor will not file a motion to modify and modified plan to provide for the payment of the stated amount, and will instead address such fees, costs, or change in payment outside of the bankruptcy case. Debtor acknowledges that the chapter 13 trustee will not remit payment of the de minimis amount of the payment change, charge, fee or expense, and the de minimis amount of the payment change, charge, fee or expense is not subject to discharge unless paid in full by Debtor.

☐ Debtor and Secured Creditor are filing a Joint Motion to Abate 3002.1 Notice and Reconcile Annually, under Local Rule 3002.1(G).

Date: 2/18/2022
Ana Danton /s/
Debtor Ana Danton

_____
Joint Debtor

/s/ Paul Meadows, Esq.
Attorney for Debtor(s):  Paul Meadows, Esq.
Address:  Fidelis Law, P.A., P.O. Box 831702
Miami, FL 33283-1702
Phone:  (305) 788-9881
Fax:  (305) 547-9608
Email:  pmeadowsesqbankruptcy@gmail.com

LF-48 (rev. 05/27/21)