UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

ANA DANTON,

      Debtor(s).
_____/

Case No.: 19-19062-RAM

Chapter 13

## NOTICE OF FINAL CURE PAYMENT

The Debtor, **ANA DANTON**, by and through undersigned counsel, Pursuant to Fed. R. Bankr. P. 3002.1(f) and Local Rule 3070-1(E), gives NOTICE that the amount required to cure the prepetition default for Proof of Claim **9**, held by **Hammocks Community Association, Inc.,** has been paid in full and the debtor has completed all payments under the plan.

## FED. R. BANKR. P 3002.1(g) NOTICE

Pursuant to Fed. R. Bankr. P. 3002.1(g), within 21 days after service of this notice, the holder of the claim must file and serve on the debtor, debtor's counsel, and the trustee a statement indicating (1) whether the holder of claim agrees that the debtor has paid in full the amount required to cure the default on the claim, and (2) whether the debtor is otherwise current on all payments consistent with § 1322(b)(5) of the Code. The statement shall itemize the required cure or postpetition amounts, if any, that holder of the claim contends remain unpaid as of the date of the statement.

## LOCAL RULE 9011-4(B) CERTIFICATION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *foregoing* was/were served/furnished on or before **October 15, 2024,** by CM/ECF to those parties listed on the NEF below and by First Class Mail, postage prepaid, to **Hammocks Community Association, Inc., c/o Gersten, David M, Esq., as registered agent, 100 SE Second Street Miami Tower, Ste. 3900 Miami, FL 33131** and **Hammocks Community Association, Inc., Attn: Officer and/or Authorized Agent, 9020 Hammocks Blvd. Miami, FL 33196-1301.**

      */s/ Paul Meadows*
      **Paul Meadows, Esq.**
      Florida Bar No.: 94279
      Meadows Law, P.A.
      Main Office: 454 NW 22 Ave., 207, Miami, FL 33125
      Correspondence: P.O. Box 831702 Miami, FL 33283-1702
      Email: pmeadowsesqbankruptcy@gmail.com
      Tel: (305) 788-9881 || Fax: (305) 547-9608

*NEF –*

Antonio Alonso on behalf of Creditor Nationstar Mortgage LLC
alonsoa@aapalaw.com, bkecf@delucalawgroup.com

Reka Beane on behalf of Creditor Community Loan Servicing, LLC
Reka.Beane@mccalla.com, mccallaecf@ecf.courtdrive.com

Melbalynn Fisher on behalf of Creditor Bayview Loan Servicing, LLC
mfisher@ghidottiberger.com, bknotifications@ghidottiberger.com

Ashley M French on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
afrench@rasflaw.com, aalbino@rasflaw.com

Neisi I Garcia Ramirez on behalf of Creditor Bayview Loan Servicing, LLC
neisi.garciaramirez@brockandscott.com, wbecf@brockandscott.com

Neisi I Garcia Ramirez on behalf of Creditor Case reinstated.
neisi.garciaramirez@brockandscott.com, wbecf@brockandscott.com

Neisi I Garcia Ramirez on behalf of Creditor Community Loan Servicing, LLC
neisi.garciaramirez@brockandscott.com, wbecf@brockandscott.com

Marc Granger on behalf of Creditor Goldman Sachs Mortgage Company
mgranger@kahaneandassociates.com,
bkecf@kahaneandassociates.com;tforeman@kahaneandassociates.com;8163622420@filings.docketbird.com;5456272420@filings.docketbird.com

Seth J Greenhill on behalf of Creditor MTGLQ Investors, L.P.
sgreenhill@padgettlaw.net,
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;angelica.reyes@padgettlawgroup.com;BKecf@padgettlawgroup.com;NSbkecf@padgettlaw.net;PLG@ecf.courtdrive.com

Iris Kwon on behalf of Creditor Select Portfolio Servicing, Inc.
iris@bankruptcynearme.org

Keith Labell on behalf of Creditor Goldman Sachs Mortgage Company
keith.labell@decubaslewis.com, klabell@raslg.com

Keith Labell on behalf of Creditor Nationstar Mortgage LLC
keith.labell@decubaslewis.com, klabell@raslg.com

Jennifer Laufgas on behalf of Creditor Bayview Loan Servicing, LLC
ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas on behalf of Creditor Community Loan Servicing, LLC
ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Scott C Lewis on behalf of Creditor Federal Home Loan Mortgage Corporation
bkfl@albertellilaw.com, anhsalaw@infoex.com

Paul A Meadows on behalf of Debtor Ana Danton
pmeadowsesqbankruptcy@gmail.com, pmeadowsesqbankruptcy@gmail.com

Kenneth D Murena on behalf of Other Professional David M. Gersten, as Receiver of the Hammocks Community Association Inc.
kmurena@dvllp.com, lfd@dvllp.com;rsaetae@dvllp.com;jserna@dvllp.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov